```
1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    VICTOR GABRIEL VALDEZ-INZUNZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-00071-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| VICTOR GABRIEL VALDEZ-INZUNZA, | ) | DATE: July 12, 2012 |
| | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant VICTOR GABRIEL VALDEZ-INZUNZA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, June 21, 2012, be continued to Thursday, July 12, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 12, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 11, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
VICTOR GABRIEL VALDEZ-INZUNZA

DATED: June 11, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

///
////
////

2

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set June 21, 2012 status conference shall be continued to July 12, 2012, at 9:00 a.m.. It is further ordered that the time period from the date of the parties' stipulation, June 11, 2012, through and including the date of the new status conference, July 12, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED**.

Dated: June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE