```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,    )    Case No. 2:12-cr-0071-MCE
11                               )
              Plaintiff,         )
12                               )    STIPULATION FOR CONTINUANCE
         v.                      )    UNDER SPEEDY TRIAL ACT; ORDER
13                               )    THEREON
    VICTOR GABRIEL VALDEZ-INZUNZA,)
14   aka Victor Valdez           )
                                 )
15                               )
              Defendant.         )
16                               )
                                 )
17  ─────────────────────────────
```

18    Plaintiff United States of America, by and through its
19 counsel of record, and defendant, by and through his counsel of
20 record, hereby stipulate as follows:
21    1.   By previous order, this matter was set for status on
22 July 12, 2012.
23    2.   By this stipulation, defendant now moves to continue
24 the status conference until August 9, 2012 and to exclude time
25 between July 12, 2012 and August 9, 2012 under Local Code T4.
26 Plaintiff does not oppose this request.
27    3.   The parties agree and stipulate, and request that the
28 Court find the following:

1   a.  The government has represented that the discovery
2       associated with this case includes over 200 pages of
3       documents from defendant's immigration A file.  All of
4       this discovery has been produced directly to counsel
5       and/or made available for inspection and copying.
6   b.  Counsel for defendant desires additional time to
7       consult with his client, to review the current charges,
8       to conduct investigation and research related to the
9       charges, and to discuss potential resolutions with his
10      client.
11  c.  Counsel for defendant believes that failure to grant
12      the above-requested continuance would deny him the
13      reasonable time necessary for effective preparation,
14      taking into account the exercise of due diligence.
15  d.  The government does not object to the continuance.
16  e.  Based on the above-stated findings, the ends of justice
17      served by continuing the case as requested outweigh the
18      interest of the public and the defendant in a trial
19      within the original date prescribed by the Speedy Trial
20      Act.
21  f.  For the purpose of computing time under the Speedy
22      Trial Act, 18 U.S.C. § 3161, et seq., within which
23      trial must commence, the time period of July 12, 2012
24      to August 9, 2012, inclusive, is deemed excludable
25      pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
26      T4] because it results from a continuance granted by

        the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 9, 2012.

/s/ Christopher S. Hales
CHRISTOHPER S. HALES
Special Assistant U.S. Attorney

DATED: July 9, 2012.

/s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Counsel for Defendant

O R D E R

Pursuant to the foregoing stipulation, the Court finds that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. The status conference in this matter is accordingly continued until August 9, 2012 at 9:00 a.m. under Local Code T4.

IT IS SO ORDERED.

Dated: July 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE